# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA DATA CENTERS, LLC, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>LEO KHAYET, <br><br>　　　　　　Defendant. | 8:17CV369 <br><br> MEMORANDUM AND ORDER |

This matter is before the Court on the Defendant's Motion with Regard to Scheduling of Evidentiary Hearing on Preliminary Injunction, ECF No. 29; and the Defendant's Request for Continuance, ECF No. 30. Also before the Court is the Plaintiff's Motion to Restrict Pursuant to the E-Government Act, ECF No. 23.

The Defendant, Leo Khayet, asks the Court to continue the hearing on the Plaintiff's Motion for Preliminary Injunction, scheduled for December 7, 2017, at 1:00 p.m., noting that he has not yet had an opportunity to prepare a written response to the Plaintiff's Motion. He also seeks a continuance of time to submit such a written response. He notes that his written response was due on December 1, 2017, a date that appears to have been calculated based on the Court's local rules governing motion practice.

While the Court will consider any written response the Plaintiff wishes to submit before or at the time of the hearing on the Motion for Preliminary Injunction, the Plaintiff is not required to submit any written response. At the time of the hearing, the Court will also consider whether any additional time will be allowed for further briefing or evidentiary submissions.

Accordingly,

IT IS ORDERED:

1. The Motion to Restrict Pursuant to the E-Government Act, ECF No. 23, submitted by Plaintiff Nebraska Data Centers, LLC, is granted;

2. The filings at ECF No. 21 and 22 shall be restricted pursuant to the E-Government Act;

3. The Motion with Regard to Scheduling of Evidentiary Hearing on Preliminary Injunction, ECF No. 29, submitted by Defendant Leo Khayet is denied, and the hearing remains scheduled for December 7, 2017, at 1:00, as described in ECF No. 28; and

4. The Request for Continuance, ECF No. 30, submitted by Defendant Leo Khayet, is denied as moot, consistent with this Memorandum and Order.

Dated this 5th day of December, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge