**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **NEBRASKA DATA CENTERS, LLC,** | |
| **Plaintiff,** | **8:17CV369** |
| **vs.** | |
| **LEO KHAYET,** | **ORDER** |
| **Defendant.** | |

Consistent with the Court's statements from the bench on December 21, 2017, ECF No. 46, a temporary restraining order is warranted to prevent irreparable harm to Plaintiff Nebraska Data Centers, LLC, pending the Court's ruling on the Plaintiff's Motion for Preliminary Injunction, ECF No. 21. Accordingly, until further order of the Court,

1.     Defendant Leo Khayet is precluded from contacting the principals of Plaintiff Nebraska Data Centers, LLC, including the trustees of the Ralph Edwards Trust and their immediate family members, and any vendors, clients, or customers of Nebraska Data Centers, LLC;

2.     Defendant Leo Khayet is precluded from contacting the employees and officers of Nebraska Data Centers, LLC; and

3.     Defendant Leo Khayet may communicate with the parties listed in Appendix A of the Consulting Agreement, ECF No. 2, Page ID 9, but is precluded from contacting any other persons or entities for the purpose of transacting any business or potential business related to Plaintiff Nebraska Data Centers, LLC.

Dated this 27th day of December, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge