IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| NEBRASKA DATA CENTERS, LLC, | |
|---|---|
| Plaintiff, | 8:17CV369 |
| vs. | |
| LEO KHAYET, | ORDER |
| Defendant. | |

Defendant Leo Khayet ("Khayet") has on four separate occasions contacted chambers staff of the undersigned magistrate judge requesting the direct contact information of my judicial clerks who are working on the above-captioned case.[1] Khayet is hereby reminded that all orders signed by me are my orders—not those of my judicial clerk—and any objection to those orders must be appealed to Judge Smith Camp.

In response to Khayet's original request for law clerk contact information, the undersigned magistrate judge directed her staff to decline Khayet's request. Despite that response, the requests have continued.

IT IS ORDERED:

1) Defendant Khayet is prohibited from initiating any direct contact with my chambers, whether by email, telephone, or in person. Any violation of this order will subject Defendant to sanctions.

---

[1] My chambers received email inquiries from Khayet regarding law clerk contact information on March 19, March 20, April 30, and May 2, 2018.

2) If Defendant Khayet is requesting specific relief from the court:

   a. The subject of the request must concern the progression, discovery, and/or merits of the above-captioned case, and

   b. The request must be made by motion in accordance with the court's local rules, and filed of record on the court's electronic docket using CM/ECF.

Dated this 2nd day of May, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge