IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA DATA CENTERS, LLC, | **8:17CV369** |
| Plaintiff, | |
| vs. | **ORDER** |
| LEO KHAYET, | |
| Defendant. | |

Defendant has moved for reconsideration of my order denying additional time to appeal my Filing No. 141 order. Defendant's objection to the Filing No. 141 order, (Filing No. 147), will be reviewed on appeal by Judge Smith Camp, not by the Eighth Circuit. Rule 4 of the Federal Rules of Appellate Procedure is not applicable to the current stage of the above-captioned case, or to the Filing No. 141 order.

Accordingly,

IT IS ORDERED that Defendant's motion to reconsider, (Filing No. 151), is denied.

May 10, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge