IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA DATA CENTERS, LLC, and AMERICAN NEBRASKA LIMITED PARTNERSHIP,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LEO KHAYET, and TIMBER VENTURES, LLC,<br><br>　　　　Defendants. | **8:17CV369**<br><br>**ORDER** |

IT IS ORDERED:

1) The deadline for Defendants to answer or otherwise respond to Plaintiffs' Second Amended Complaint (Filing No. 166) is June 15, 2018.

2) The clerk shall set a case management deadline for June 18, 2018.

Dated this 11th day of June, 2018.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge