# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA DATA CENTERS, LLC, and AMERICAN NEBRASKA LIMITED PARTNERSHIP,<br><br>       Plaintiffs,<br><br>vs.<br><br>LEO KHAYET, AND TIMBER VENTURES, LLC,<br><br>       Defendant. | 8:17CV369<br><br>ORDER |

This matter is before the Court on the Notice of Appeal, ECF No. 307, filed by Defendant Leo Khayet. The Court previously granted Khayet leave to proceed in forma pauperis on appeal, ECF No. 266, and the Eighth Circuit Court of Appeals dismissed his appeal, ECF No. 281. He has nevertheless continued to file documents and seek relief in this case, and he seeks to appeal the Court's Text Order denying his Motion to Stay All Orders Restricting Communications, ECF No. 303. Under Federal Rule of Appellate Procedure 24(a)(3), the Court certifies that Khayet's appeal is not taken in good faith and denies him leave to proceed in forma pauperis. Accordingly,

IT IS ORDERED: Defendant Leo Khayet is denied leave to proceed on appeal in forma pauperis.

Dated this 19th day of April, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge