IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA DATA CENTERS, LLC, and AMERICAN NEBRASKA LIMITED PARTNERSHIP,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LEO KHAYET, AND TIMBER VENTURES, LLC,<br><br>        Defendants. | 8:17CV369<br><br>ORDER |

This matter is before the Court on the Clerk's Memorandum, ECF No. 344, regarding Defendant Leo Khayet's Notice of Appeal, ECF No. 343, and his ability to proceed on appeal in forma pauperis. In its response to the Memorandum, the Court indicated that Khayet was not entitled to proceed on appeal in forma pauperis without further authorization under Rule 24(a)(3) of the Federal Rules of Appellate Procedure. ECF No. 345. Khayet has not filed a motion requesting permission to appeal in forma pauperis, and the Court certifies that his appeal is not taken in good faith. *See* Fed. R. App. P. 24(a)(1) & (a)(3)(A). For the reasons stated in the Court's previous Order, ECF No. 339, Khayet must seek permission to proceed on appeal in forma pauperis from the Court of Appeals.

IT IS ORDERED: The Clerk is directed to process Defendant Leo Khayet's appeal, ECF No. 343, and Khayet must seek permission to proceed on appeal in forma pauperis from the U.S. Court of Appeals for the Eighth Circuit.

Dated this 6th day of August, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge