# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NEBRASKA DATA CENTERS, LLC, and AMERICAN NEBRASKA LIMITED PARTNERSHIP,** | 8:17CV369 |
| **Plaintiffs,** | |
| vs. | ORDER |
| **LEO KHAYET,** | |
| **Defendant.** | |

This matter is before the Court on the Motion to Release Bond, ECF No. 375. On January 29, 2018, this Court granted a preliminary injunction, ECF No. 21. On the same day, pursuant to the order granting the preliminary injunction, Plaintiff Nebraska Data Centers, LLC (NDC) posted a bond in the amount of $100.00. On September 5, 2018, the Court entered default judgment, ECF No. 255, against Defendant. On January 25, 2019, the United States Court of Appeals for the Eighth Circuit dismissed Defendant's appeal for lack of prosecution. ECF No. 281. Accordingly, this case has been fully adjudicated and the bond should be released.

IT IS ORDERED:

1. The Motion to Release Bond, ECF No. 375, is granted; and

2. The Clerk of the Court is directed to release the Bond posted by NDC—for immediate return to:

    Fraser Stryker, Trustees
    500 Energy Plaza
    409 South 17th Street
    Omaha, Nebraska 68102-266

Dated this 27th day of December, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge